

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| JUAN JORGE SANCHEZ, | § | |
| Petitioner, | § § § | |
| v. | § | 2:14-CV-240 |
| WILLIAM STEPHENS, Director,<br>Texas Department of Criminal Justice<br>Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT

Came for consideration petitioner's "Motion for Relief from Judgment" filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. On June 25, 2015, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion be denied. As of this date, petitioner has not filed objections to the Magistrate Judge's Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, petitioner's Rule 60(b) motion for relief from judgment is DENIED.

IT IS SO ORDERED.

ENTERED this 11th day of August 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE